CHARLES S. HIRSCH et al., Copartners, Doing Business as HIRSCH, LILLIENTHAL & Co., Respondents, *v.* GEORGE L. DESCHLER, Appellant.

(Argued October 6, 1931; decided October 20, 1931.)

*Reuben Tally* for appellant.

*Herbert R. Limburg, Lionel S. Popkin* and *John A. Sherman* for respondents.

Judgment affirmed, with costs, on the ground that the contract relied upon by the defendant was so extraor-

dinary as to be in excess of the authority of the plaintiff's manager; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.